## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RASHAAN TAYLOR**                                                        **PETITIONER**
**ADC #147955**

**v.**                              **CASE NO. 5:14CV00041 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                          **RESPONDENT**

### ORDER

The proposed findings and recommendations ("recommendations") from United States

Magistrate Judge Jerome T. Kearney and petitioner's objections thereto have been reviewed.

After a careful consideration of these documents, and a *de novo* review of the record, the

recommendations are hereby approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that Rashaan Taylor's amended petition for writ of

habeas corpus pursuant to 28 U.S.C. §2254  [Doc. No. 10] is dismissed with prejudice.

IT IS SO ORDERED this 12th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE